# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America <br> v. <br> DEANGELO OVERTON | ) <br> ) <br> ) Case No: 3:03-00130 <br> ) USM No: 16424-075 <br> ) |
| Date of Original Judgment: 08/17/2005 <br> Date of Previous Amended Judgment: 07/24/2008 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) R. David Baker <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  168  months **is reduced to**  135 months.  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/24/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/27/2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

ALETA A. TRAUGER, UNITED STATES DISTRICT JUDGE
*Printed name and title*